BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____
                                                                )
IN RE: SMITH & NEPHEW BIRMINGHAM          )
HIP RESURFACING (BHR) HIP IMPLANT          )    MDL No. 2775
PRODUCTS LIABILITY LITIGATION                 )
                                                                )
_____

This Filing Relates To the Following Case Only:

*Lori Spellman v. Smith & Nephew, Inc.*, 3:16-cv-08080 (D. Ariz.)

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-43)**

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Lori Spellman submits this opposition to conditional transfer order (CTO-43) as it relates to the following case:

*Lori Spellman v. Smith & Nephew, Inc.*, 3:16-cv-08080 (D. Ariz.)

DATED: July 18, 2018

                              Respectfully Submitted,

                              s/Derek K. Burch
                              DEREK K. BURCH, OBA #13004
                              DEEANN L. GERMANY, OBA #17750
                              BURCH, GEORGE & GERMANY
                              1500 City Place Building
                              204 North Robinson
                              Oklahoma City, Oklahoma   73102
                              Telephone:   405-239-7711
                              Fax:                405-239-7795
                              derekburch@burch-george.com
                              deeanngermany@burch-george.com